PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-93-WBS |
| Plaintiff, | STIPULATION REGARDING SETTING OF INITIAL APPEARANCE IN EASTERN DISTRICT OF CALIFORNIA; ORDER |
| v. | |
| ALYSSA MARIE JONES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 13, 2021, defendant was indicted on one count of conspiracy to mail fraud, in violation of 18 U.S.C. § 1349, and fifteen counts of mail fraud, in violation of 18 U.S.C. § 1341. Defendant was arrested and made her Rule 5 initial appearance in the Central District of California on May 27, 2021. Defendant was released on bond.

2. Defendant was ordered to make her appearance in the Eastern District of California on or before June 11, 2021.

/ / /

/ / /

/ / /

3. By this stipulation, defendant now moves to continue the deadline for her first appearance in the Eastern District of California and for the Court to set that appearance date and time on June 21, 2021, 2:00 p.m., before the duty magistrate judge. Defendant and her counsel need the extra time to review the indictment, consult, and coordinate her appearance. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: June 9, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Assistant United States Attorney

Dated: June 9, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
ALYSSA MARIE JONES

## ORDER

The initial appearance for Defendant Alyssa Jones in this matter is set on June 21, 2021, at 2:00 p.m., before the duty magistrate judge.

IT IS SO ORDERED.

Dated: June 9, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE