1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT J. ARTUZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:21CR00093-03 WBS
12 |                        Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH
                                       | IN GOVERNMENT'S NOTICE
13 |                v.                 |
14 | ALYSSA MARIE JONES,               |
15 |                        Defendant. |

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that the government's THREE PAGE SUPPLEMENT

19  pertaining to defendant Alyssa Marie Jones, and government's Request to Seal shall be SEALED until

20  further order of this Court.

21         It is further ordered that access to the sealed documents shall be limited to the government and

22  counsel for the defendant.

23         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25  the government's request, sealing the government's motion serves a compelling interest. The Court

26  further finds that, in the absence of closure, the compelling interests identified by the government would

27  be harmed. In light of the public filing of its request to seal, the Court further finds that there are no

28  ///

ORDER SEALING DOCUMENTS AS SET FORTH IN                        1
GOVERNMENT'S NOTICE

additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: July 26, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE